JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACY BLANCO, | ) Case No. 8:20-cv-01241-SP |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

Dated: March 30, 2022

SHERI PYM
United States Magistrate Judge